```
                                      Julio Gonzalez
                                      Reg. No. 16729-069
                                      FCI Fort Dix West
                                      Unit 5852
                                      P.O. Box 7000
                                      Fort Dix, NJ 08640-0907

                                      August 2, 2005
```

The Honorable Carmen Consuelo Cerezo
United States District Judge
U.S. District Court
Federal Building -- Room 150
San Juan, PR 00918-1767

      Re: <u>U.S. v. Gonzalez</u>, 98-CR-152-02.

Dear Judge Cerezo:

    On November 15, 2001, this Court ordered that I was to pay restitution in the amount of $25,905.00 in 60 installments during my supervised release period.

    As of this moment, the Bureau of Prisons ("B.O.P.") is requiring me to immediately make payments on the Court-ordered restitution and has been threatening to put me on refusal status, which places many restrictions on me.

    I have been making payments on the restitution through the B.O.P. as of December 14, 2004, which payments total out to $595.62. In addition, I am being charged $4,817.96 in interest by the U.S. attorney's office for restitution that I was ordered to begin paying while on supervised release by this Honorable Court.

    This Court ordered me to pay $25,905.00, but the U.S. attorney is making me pay $30,722.96 immediately while in prison. The U.S. attorney and the B.O.P. are violating this Honorable Court's Order.

    Please see attached administrative remedy to see that I have attempted to resolve this matter internally to no avail.

    I would like to know if I am suppose to pay the $25,905.00 ordered by the Court or the $30,722.96 the U.S. attorney is requiring me to pay due to the $4,817.96 interest. Also, I would

like to know if the B.O.P. can make me begin payment on the restitution prior to my release on supervised release. In addition, I am requesting that the Court please send a letter or some form of communication to my case manager at the following address, informing the B.O.P. that I do not have to pay the restitution until I have been released on supervised release. My case manager's address is:

> Mr. Bullock
> Case Manager (Unit 5852)
> FCI Fort Dix West
> P.O.Box 38
> Fort Dix, NJ 08640-0907.

I also request that the Court please send a copy of any commuciation in regards to this matter to me at the address listed on page 1 of this letter.

Thank you in advance for your time and assistance in this matter. I look forward to hearing from the Court as soon as possible.

Respectfully requested,

*Julio Gonzalez*<br>Julio A. González-Irizarry