```
 FTDMC            *      INMATE FINANCIAL RESPONSIBILITY       *   07-21-2005
PAGE 002 OF 002 *     DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS   *   14:12:42

REGNO: 16729-069   OBLG NO: ALL     NO. ADJ TO VIEW: 15         FUNC: DSS
NAME.: GONZALEZ-IRIZARRY, JULIO A        TYPE OBLG: RESTITUTION FEDERAL VICTIM U
OBLG STATUS.: AGREED       OBLG BAL..: 25309.38          OBLG NO: 2
DATE ADDED FCL   ADJ TYPE    ADJ REASON       ADJ AMT    DEP NO.   DETAIL
07-12-2005 FTD   PAYMENT     INSIDE PMT          93.91    5102      N
06-11-2005 FTD   PAYMENT     INSIDE PMT          96.56    5092      N
05-12-2005 FTD   PAYMENT     INSIDE PMT          93.28    5082      N
04-12-2005 FTD   PAYMENT     INSIDE PMT         107.29    5072      N
03-12-2005 FTD   PAYMENT     INSIDE PMT          88.91    5062      N
02-11-2005 FTD   PAYMENT     INSIDE PMT          90.67    5052      N
12-14-2004 FTD   PAYMENT     INSIDE PMT          25.00    5031      N



G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

*[handwritten]* total payment made 1595.62