U.S. Department of Justice

**United States Attorney**
**District of Puerto Rico**
**Financial Litigation Unit**

---

Chardon Tower Suite 1201          787-766-5656
No. 350 Chardon Ave.              FAX: 787-771-4049
Hato Rey, PR 00918

July 12, 2005

Mr. Julio A. Gonzalez-Irizarry
Register No. 16729-069, Fort Dix - FCI
P.O. Box 38
Hartford & Pointville - Bldg. 5756
Fort Dix NJ 08640

RE: STATEMENT OF ACCOUNT   2001Z00974 / 002

        Court Number: 98CR152-02
BOP Register Number: 16729-069

      Date Payment Received:   11-MAY-05
          Amount of Payment: $93.28
Interest Accrued Since Last Payment:   $113.07
        Interest Calculation Date:   May 11, 2005

|  | PAYMENT APPLICATION | CURRENT DEBT BALANCES |
|---|---|---|
| Principal: | -$93.28 | $25,499.85 |
| Interest: | $.00 | $4,817.96 |
| Penalty: | $.00 | $.00 |
| Court Costs: | $.00 | $.00 |
| PJ Costs: | $.00 | $.00 |
| Aousc Costs: | $.00 | $.00 |
| Assessment: | $.00 | $.00 |
| Crim Costs: | $.00 | $.00 |
| Fine: | $.00 | $.00 |
| Fine Interest: | $.00 | $.00 |
| Surcharge: | $.00 | $.00 |
| Total: |  | $30,317.81 |

If you have any questions, please call Edwin Benitez at the phone number listed above for assistance.

If the debt is interest bearing, retain top portion for tax records. End-of-year interest will not be provided.