BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| unit team, | 1/27/05 |
| FROM: Julio Gonzalez | REGISTER NO.: 16729-069 |
| WORK ASSIGNMENT: | UNIT: 5852 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am accepting to be placed in
UNICOR to pay 50% of my wages, even
though my judgment Commitment
(J&C) states that I don't have to
pay any restitution until I start
my supervised release Although I
don't agree with what the Unit
Team is doing in this situation, I
have no other choice but to go
along with it, so, that I don't
lose everything I've done in the
last 19 months.                    Julio Gonzalez

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94