INMATE FINANCIAL CONTRACT                PAGE NO: 001

REGISTER NUMBER: 16729-069
INMATE NAME....: GONZALEZ-IRIZARRY, JULIO A
FACILITY.......: FORT DIX FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT CONTRACT WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE CONTRACT WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE CONTRACT TO TERMINATE.

PAYMENT METHOD...:   AMT/PCT: 50%    FREQ: MO    ORIGIN: Unicor
START CYCLE......: 02-2005
INMATE DECISION..: AG
OBLIGATION NUMBER: 2

INMATE SIGNATURE.......: *Julio Gonzalez*    DT SIGNED: 1/27/05

STAFF WITNESS SIGNATURE: *[signature]*    DT SIGNED: 1/27/05

```
                                                          PAGE NO: 002  OF 002
                         INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 16729-069
INMATE NAME....: GONZALEZ-IRIZARRY, JULIO A
FACILITY.......: FORT DIX FCI
- - - - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - -
                                              BALANCE     PAYABLE      COJ
OBLG    OBLIGATION TYPE                       25880.00    DEFERRED     FRQ
   2 RESTITUTION FEDERAL VICTIM USDC
```