OPI: LEGAL DEPARTMENT
Number: FTD 1330.13E
Date: August 22, 2001
Attachment: 1

FCI FORT DIX, NEW JERSEY
ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: You are advised that prior to receiving and filing a request for administrative remedy Form BP-229 (old BP-9), you MUST ordinarily attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state names of staff contacted. As stated above, there are situations when an inmate does not have to attempt informal resolution.
Date form issued and initials of Correctional Counselor: _JR_ 1/13/05

INMATE'S COMMENTS:

1. Complaint: On 1/12/05, Mr Martinez threatened to fire me from my job detail with Unicor if I did not sign an agreement for the Unit team to take half of my unicor salary every month to pay off a court restitution. [ SEE ATTACHED SHEET FOR CONTINUATION].

2. Efforts made by you to informally resolve: I reported the matter to the Unit Team Members.

3. Name of staff you contacted: Mr. McKinnon, Unit Manager and Mr. Sanchez, Unit Counselor, and Mr. Bullock - Case Manager

Date returned to Correctional Counselor: 1/18/05

_Julio Gonzalez_    16729-069    1/18/05
Inmate's Name        Reg. No.     Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted:

_____

Date Informally Resolved: _____ Signature: _____
       OR                              Counselor      Date
Date BP-229(13) Issued: _____
                                       Unit Manager   Date
If complaint is NOT informally resolved: forward original attached to BP-229(13) form to the Warden's Secretary.

However, this agreement is not required until my released from prison. Please see attached page of my JCC for confirmation.
Mr. Martinez, counselor had my job taken away from Unicor and as a result I was re-assigned to food service 40.

Even after I explained that I had already discussed an issues with my counselor, Mr Sanchez for erroneously taken the sum of $25.00 dollars for the restitution, I still requested a BP-8 from counselor Martinez, which of course he denied as part of my rights as an inmate to a BP-8. Instead he instructed me to proceed and get the BP-8 from Counselor Sanchez the following day.

On 1/13/05, I reported the entire incident that had occured with Counselor Martinez to the Unit Manager, Mr. McKinnon. He then instructed me to place my complaint on a BP-8 and instructed me to obtain the BP-8 from Mr. Sanchez. In addition, on the very same day in question, I had discussed my incident with Mr. Martinez with Counselor Sanchez.

Consequently, on this day 1/13/05 I proceeded to report to Counselor Sanchez's office ( per his request ) to review my pending situation with regards to my job detail and the whole incident surrounding my argument and my rights as an inmate only to find myself in a worst situation with Mr. Martinez.

As Mr. Sanchez was about to begin explaining to me my situation, Mr. Martinez walked in into Mr. Sanchez's office and immediately demanded that I tell him what my verbal complain was that I reported to Mr. McKinnon, Unit Manager about him.
My immediate response to him was " With all due respect Sir ", but before I could even continue with my sentence Mr. Martinez just cut me right off and said " Forget about the whole due to respect " and ordered me out of Mr. Sanchez's office as well as from the satff alley way in a very harsh & unprofessional matter. In addition to kicking me out of Mr. Sanchez's office, Mr. Martinez threatened to write me up.
Yet, as I was exiting the staff alley way, Mr. Martinez in an very arrogant tone asked me if I knew what a staff member was. My response was, Yes Sir, I do know what a staff member is. He then responded, you are not one of them ( what ever that meant ) and just closed the staff alley way door in my face.

I strongly believe that Mr. Martinez is retaliating against me for a prior incident that had occured a long time ago when I was a unit orderly. Still, his actions are unexcusable to say the least. His conduct has deemed very unprofessional and above all very contrary to B.O.P Policy. What he has done is attempt to extort money from a federal B.O.P inmate on the expense of the federal government, and in doing so he has violated every oath he has taken as a federal B.O.P employee. He has very much abused his authority as an officer and should be deemed responsible for all that has happened to me all up until now including Blackmailing an inmate, because in essence this is also what he has done to me, or at the very least attempted to do had I allowed it.

Note: Due to the restitution situation, I had already adviced Mr. Bullock of the whereabouts about my restitution being payed after my release date.