U.S. DEPARTMENT OF JUSTICE                           REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Julio Gonzalez | 16729-069 | 5852 | FCI Fort Dix |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**   On January 18, 2005, I turned in a BP-8 to Mr. Sanchez, counselor. However, I have not yet received a reply to this day, February 5, 2005. Therefore, I am going to file this BP-9 since no response has been given to me from the BP-8 I previously filed. This BP-9 can not be rejected because the answer to the BP-8 is not attached. I have no control if staff fails to do their job answering the BP-8.

On 1/12/05, Mr. Martinez threatened to fire me from Unicor, and I was fired shortly after. My J&C indicated that I have supervised released responsibilities and that one of those is payment of my restitution.

When I approached Mr. Sanchez for the BP-8 response, he informed me that the BP-8 was turned over to Mr. McKinnon (Unit Manager) for an answer. However, when I saw Mr. McKinnon he just simply told me to take him a copy of the BP-8. I asked him what happened to the BP-8 Mr. Sanchez gave him and he had to answer. Therefore, I have no idea where the BP-8 that was turned over to Mr. Sanchez is located.

Mr. Martinez wanted 50% out of my Unicor pay and I informed him that I am not required to pay the restitution until I am released on supervised released. I also explained that I had already discussed this matter with Mr. Sanchez, and an overpayment of $25.00 dollars was taken out of my account.

February 5, 2005            SEE PAGE   2   .                                    *Gonzalez*
_____DATE_____                                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____DATE_____                                                          WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                              CASE NUMBER:
                                                                        CASE NUMBER:

**Part C– RECEIPT**
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.      UNIT

```
                    JULIO  GONZALEZ
                    Reg# 16729-069
                    February 5, 2005
```

RE: **Administrative Remedy**, Part-2

Mr. Martinez, took away my job from Unicor and I was placed in Food Service-40 as a result.

On 1/13/05, I reported the entire incident that had occurred with Counselor Martinez to my Unit Manager, Mr. McKinnon. Mr. McKinnon then therefore instructed me to place my complaint on a BP-8, and further instructed me to obtain that BP-8 from Counselor Sanchez. On this same day, I had also explained my situation/ incident to Mr. Sanchez.

It was per Mr. Sanchez's request on 1/13/05 that, I proceeded to report to his office to discuss my pending matters about my job detail and the whole incident surrounding my problem with Mr. Martinez. However, when I reported to Mr. Sanchez;s office I found myself in a worst situation.

As Mr. Sanchez began to explain to me my job detail situation, Mr. Martinez walks in to Mr. Sanchez's office and immediately demanded that I tell him what it was that I verbally complaint to Mr. Mckinnon about him.
My Immediate response to Mr. Martinez was, 'With all due respect sir', but before I could get in another word, Mr. Martinez rudely just cut me right off and said, 'Forget about the whole due to respect' and leave this room. He ordered me out of Mr. Sanchez's office as well as from the staff alleyway. He gave this order in a very harsh & unprofessional manner.

In addition to kicking me out of Mr. Sanchez's office, Mr. Martinez also threatened to write me up. Yet as I was exiting the staff alleyway, Counselor Martinez in a very arrogant tone asked me if I knew what a staff member was. My response was, Yes sir, I do know what a staff member is. He then replied. You are not one of them ! He then closed the staff alleyway door right in my face..

I strongly believe that Mr. Martinez is somehow retaliating against me for something that had occurred a long time ago when I was a unit orderly. However, his current actions are unexcusable to say the least. His conduct has fell way below standards and in doing so his conduct has deemed very unprofessional & contrary to B.O.P Policy.
He has very much abused his position & authority as an officer of the Bureau. He should be held accountable for all that he has done to me all up until now.
Not withstanding the fact that he also tried to Blackmail & extort money from an inmate. He attempted to do this with me when the court plainly stated that I did not have to pay the money in question until my released from prison and on supervised released.

This **Restitution** matter/ money that Mr. Martinez wanted to take out of my pay (50% to be exact) had already been discussed with my case manager, Mr. Bullock. It was discussed that I will pay my restitution when I get out of prison. This matter was settled, not to mention that Mr. Martinez is **NOT** my counselor. Mr. Sanchez being my counselor never ordered me to pay any restitution, so why should Mr. Martinez ? My counselor & case manager had already discussed these matters with me, so it was not up to Mr. Martinez to jump in what is not his affairs. I do not want any more problems with Mr. Martinez, and I do want an investigation with regards to these matters as soon as possible.

Since I have been an inmate in prison, I have not been able to see my daughter. She is currently living in Puerto Rico with her mother. However, I was very much trying to save some money out of my pay to one day very soon send for my daughter. I wanted to purchase the tickets myself because I knew that my family could not. All I needed was six months of savings. Now I can not do this because Mr. Martinez forced me to sign a contract giving up 50% of my pay if I wanted my job back.
I am respectfully requesting that since I do not have to pay this money until I am on supervised released, I wish that the 50% deduction be stopped until then. There are no legal bounds in which to continue to pursue with this abuse. Instead, I would like to start saving in order to see my daughter one day very soon. Thank you !!