

**U.S. Department of Justice**

**United States Attorney**
**District of Puerto Rico**
**Financial Litigation Unit**

Chardon Tower Suite 1201  787-766-5656
No. 350 Chardon Ave.  FAX: 787-771-4049
Hato Rey, PR 00918

July 12, 2005

Mr. Julio A. Gonzalez-Irizarry
Register No. 16729-069, Fort Dix - FCI
P.O. Box 38
Hartford & Pointville - Bldg. 5756
Fort Dix NJ 08640

RE: STATEMENT OF ACCOUNT   2001Z00974 / 002

Court Number: 98CR152-02
BOP Register Number: 16729-069

Date Payment Received: 11-MAY-05
Amount of Payment: $93.28
Interest Accrued Since Last Payment: $113.07
Interest Calculation Date: May 11, 2005

| | PAYMENT APPLICATION | CURRENT DEBT BALANCES |
|---|---|---|
| Principal: | -$93.28 | $25,499.85 |
| Interest: | $.00 | $4,817.96 |
| Penalty: | $.00 | $.00 |
| Court Costs: | $.00 | $.00 |
| PJ Costs: | $.00 | $.00 |
| Aousc Costs: | $.00 | $.00 |
| Assessment: | $.00 | $.00 |
| Crim Costs: | $.00 | $.00 |
| Fine: | $.00 | $.00 |
| Fine Interest: | $.00 | $.00 |
| Surcharge: | $.00 | $.00 |
| Total: | | $30,317.81 |

If you have any questions, please call Edwin Benitez at the phone number listed above for assistance.

If the debt is interest bearing, retain top portion for tax records. End-of-year interest will not be provided.

```
FTDMC                    INMATE FINANCIAL RESPONSIBILITY         03-21-2005
PAGE 001          *      DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS  *   14:12:42

REGNO: 16729-069    OBLG NO: ALL    NO. ADJ TO VIEW: 15        FUNC: DSS
NAME.: GONZALEZ-IRIZARRY, JULIO A      TYPE OBLG: ASSESSMENT USDC
OBLG STATUS.: COMPLETEDZ   OBLG BAL..: 0.00           OBLG NO: 1
DATE ADDED  FCL   ADJ TYPE   ADJ REASON    ADJ AMT    DEP NO.    DETAIL
09-14-2004  FTD   PAYMENT    INSIDE PMT     25.00      4121        N
06-11-2004  FTD   PAYMENT    INSIDE PMT     25.00      4091        N
03-11-2004  FTD   PAYMENT    INSIDE PMT     25.00      4061        N
12-18-2003  FTD   PAYMENT    INSIDE PMT     25.00      4031        N
06-12-2003  FTD   PAYMENT    INSIDE PMT     25.00      3091        N
03-13-2003  FTD   PAYMENT    INSIDE PMT     25.00      3061        N
12-12-2002  FTD   PAYMENT    INSIDE PMT     25.00      3031        N
09-12-2002  FTD   PAYMENT    INSIDE PMT     25.00      2121        N




G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO: 16729-069    OBLG NO: ALL    NO. ADJ TO VIEW: 15      FUNC: DSS
NAME.: GONZALEZ-IRIZARRY, JULIO A       TYPE OBLG: RESTITUTION FEDERAL VICTIM U
OBLG STATUS.: AGREED    OBLG BAL..: 25309.38           OBLG NO: 2
DATE ADDED  FCL  ADJ TYPE   ADJ REASON      ADJ AMT     DEP NO.   DETAIL
07-12-2005  FTD  PAYMENT    INSIDE PMT        93.91      5102        N
06-11-2005  FTD  PAYMENT    INSIDE PMT        96.56      5092        N
05-12-2005  FTD  PAYMENT    INSIDE PMT        93.28      5082        N
04-12-2005  FTD  PAYMENT    INSIDE PMT       107.29      5072        N
03-12-2005  FTD  PAYMENT    INSIDE PMT        88.91      5062        N
02-11-2005  FTD  PAYMENT    INSIDE PMT        90.67      5052        N
12-14-2004  FTD  PAYMENT    INSIDE PMT        25.00      5031        N




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

*[handwritten]* Total payment Made $595.62