45b    :Rev. 9/01) Judgment in a Criminal Case
       Sheet 3A — Supervised Release

DEFENDANT:        JULIO ALBERTO GONZALZEZ-IRZARRY                    Judgment—Page    4
CASE NUMBER:      98-CR-152-02(CCC)

# ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall refrain from any unlawful use of controlled substances and submit to a drug test within fifteen (15) days of release on supervised release for use of a controlled substance and thereafter, as required by the U.S. Probation Officer. If any such samples detect substance abuse, the defendant shall, at the discretion of the U.S. Probation Officer, participate in a substance abuse treatment program, arranged and approved by the U.S. Probation Officer, until duly discharged by authorized program personnel, with the approval of the U.S. Probation Officer.

The defendant shall make restitution in the amount of $25,905.00 to Citibank, Mayaguez Playa Branch, Attention Raul Lopez Resident/Vice-President, Country Security and Safety Director, Citibank, NA, Caribbean Consumer Bank, P.O. Box 364106, San Juan, Puerto Rico 00936-4106, to be paid in 60 installments during his supervision period. All payments are to be made through the Clerk's Office, for eventual disbursement to the victim.

The defendant shall provide the probation officer access to any financial information, upon request.