```
                                                PAGE NO: 001
               INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 16729-069
INMATE NAME....: GONZALEZ-IRIZARRY, JULIO A
FACILITY.......: FORT DIX FCI
```

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT CONTRACT WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE CONTRACT WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE CONTRACT TO TERMINATE.

PAYMENT METHOD...:  AMT/PCT: 50%   FREQ: MO   ORIGIN: Unicor
START CYCLE......: 02-2005
INMATE DECISION..: A G
OBLIGATION NUMBER: 2

INMATE SIGNATURE......: *Julio Gonzalez*   DT SIGNED: 1/27/05

STAFF WITNESS SIGNATURE: [signature]   DT SIGNED: 1/27/05

I signed this document under duress and coercion.

*Julio Gonzalez*

```
                                                      PAGE NO: 002   OF 002
                         INMATE FINANCIAL CONTRACT

REGISTER NUMBER: 16729-069
INMATE NAME....: GONZALEZ-IRIZARRY, JULIO A
FACILITY.......: FORT DIX FCI
- - - - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - - -
                                                 BALANCE    PAYABLE       COJ
OBLG    OBLIGATION TYPE                                                   FRQ
   2 RESTITUTION FEDERAL VICTIM USDC             25880.00   DEFERRED
```