```
FTDMF              *              FORT DIX FCI              *     01-13-2005
PAGE 001 OF 001                                                   15:31:52
```

```
                                      QTRG GT M***
REG NO.     NAME         FROM         TO            TIME   CATEGORY(2)   CATEGORY(3)

EDUCATION   CHANGES EFFECTIVE   01-14-2005                 WRK ASGN      UNT ASGN
----------------------------------------------------------------------------------
32077-179   CAZARES-SA                ESL0730WB     0001   5803 ORD W    UNIT 4
69974-004   CORDOBA                   ESL0900WA     0001   TUTOR W       UNIT 5
23673-069   MARTES-ALM                ESL0730WB     0001   GM 2 WEST     UNIT 4
41399-018   MEDINA                    ESL0730WB     0001   5811 ORD W    UNIT 4
24774-050   PEGUERO      ESL1400WI    ESL1230WI     0001   5852 ORD W    UNIT 6
13755-097   RODRIGUEZ                 ESL0730WB     0001   GMT WEST      UNIT 4
24075-050   SAN CLEMEN   GED1230WS6   GED1400WS6    0001   YARD W PM     UNIT 6
26252-069   SUERO                     ESL0730WB     0001   FPI CS-7      UNIT 4
60929-097   VILLA-CARR                ESL0730WB     0001   FPI CS-7      UNIT 6

WRK DETAIL CHANGES EFFECTIVE   01-14-2005                                UNT ASGN
----------------------------------------------------------------------------------
39582-054   ABREU        FPI CS-1     FPI CS-2      0001                 UNIT 5
54667-066   ALVAREZ      UNASSG WES   5803 ORD W    0001                 UNIT 4
67477-053   BARRERA-MI   FPI CS-1     VACATION W    0001                 UNIT 5
11493-004   BERK         VACATION W   FPI CS-7      0001                 UNIT 4
44513-054   BORRAS       FPI CS-1     FPI CS-2      0001                 UNIT 5
60599-053   CANDELARIO   FPI CS-1     FPI CS-2      0001                 UNIT 5
09584-265   COLON        FPI CS-1     FPI CS-2      0001                 UNIT 5
16729-069   GONZALEZ-I   UNASSG WES   FS 40 AM K    0001                 UNIT 6
54944-083   HALL         VACATION W   GM 4 WEST     2359                 UNIT 4
16398-018   IBARRA-MAR   FPI CS-1     FPI CS-2      0001                 UNIT 5
31601-048   MONTERO-MO   BARBER W     FS 40 AM K    0001                 UNIT 6
37576-083   MONTIQUE     FPI CS-1     FPI CS-2      0001                 UNIT 5
19345-069   MORALES-CA   FPI CS-5     FPI CS-1      0001                 UNIT 4
41953-054   PONCE        SAFE ORD E   GARNR IN W    0001                 UNIT 4


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

*[Handwritten note:]* They put me to work in the kitchen right after I refussed to sing the document to allow them to withdraw the money for the restitution.