U.S. DEPARTMENT OF JUSTICE                                    REQUEST   ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four    Additional instructions on reverse.

From: Julio Gonzalez                               16729-069         5852            FCI Ft Dix
      LAST NAME, FIRST, MIDDLE INITIAL             REG. NO.          UNIT            INSTITUTION

Part A- INMATE REQUEST  On January 18, 2005, I turned [in a BP]-8 to Mr. Sanchez, counselor.
However, I have not yet received a reply to this day, [Febru]ary 5, 2005. Therefore, I am
going to file this BP-9 since no response has been given [to] me from the BP-8 I previously
filed. This BP-9 can not be rejected because the answer t[o] the BP-8 is not attached. I have
no control if staff fails to do their job answering the [BP-]8.
   On 1/12/05, Mr. Martinez threatened to fire me from [my j]ob, and I was fired shortly after.
My J&C indicated that I have supervised released responsib[i]lities and that one of these is
payment of my restitution.
   When I approached Mr. Sanchez for the BP-8 response, [he] informed me that the BP-8 was
turned over to Mr. McKinnon (Unit Manager) for an answe[r.] However, when I saw Mr. McKinnon
he just simply told me to take him a copy of the BP-8 [I] asked him what happened to the BP-8
Mr. Sanchez gave him and he had to answer. Therefore, [h]e no idea where the BP-8 that
was turned over to Mr. Sanchez is located.
   Mr. Martinez wanted 50% out of my Unicor pay and I [explai]ned him that I am not required to
pay the restitution until I am released on supervised [relea]sed. I also explained that I had
already discussed this matter with Mr. Sanchez, and an [initial] payment of $25.00 dollars was
taken out of my account.

February 5, 2005          SEE PAGE 2                                 [signature: Gonzalez]
      DATE                                                           SIGNATURE OF REQUESTER

Part B- RESPONSE










      DATE                                                           WARDEN OR REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the [Regio]nal Office within 20 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE                                           CASE NUMBER:

                                                                     CASE NUMBER:
Part C- RECEIPT
Return to:
      LAST NAME, FIRST, MIDDLE INITIAL                               REG. NO.

JULIO GONZ... EZ
Reg# 6729-06...
February 5, 200...

RE: Administrative Remedy, Part-2

Mr. Martinez, took away my job from Unicor an... I was placed in Food Serv... -40 as a result.

On 1/13/05, I reported the entire incident tha... ad occurred with Cou... elor ... rtinez to my Unit Manager, Mr. McKinnon. Mr. McKinnon then ... erefore instructed ... e to ... ce my complaint on a BP-8, and further instructed me to o... ta.n that BP-8 from C... unse... Sanchez. On this same day, I had also explained my situation, ... cident to Mr. San... ez.

It was per Mr. Sanchez's request on 1/13/05 that, I proceeded to repor... to ... is office to discuss my pending matters about my job detail a... he whole incident ... urro... ng my problem with Mr. Martinez. However, when I reported ... Mr. Sanchez;s offi... e I ... ud myself in a worst situation.

As Mr. Sanchez began to explain to me my job deta... situation, Mr. Mar... inez w... lks in to Mr. Sanchez's office and immediately demanded tha... tell him what it ... as t... t I verbally complaint to Mr. Mckinnon about him. ... e respect sir', bu... before I could My Immediate response to Mr. Martinez was, 'With al... get in another word, Mr. Martinez rudely just cut me ... ght off and said, 'Forg... t about the whole due to respect' and leave this room. He or... ed me out of Mr. S...nche... 's office as well as from the staff alleyway. He gave this ... rc... in a very harsh & ... npro... sional manner.

In addition to kicking me out of Mr. Sanchez's offic..., Mr. Martinez al... o thr... ened to write me up. Yet as I was exiting the staff alley... Counselor Martin... z in ... ery arrogant tone asked me if I knew what a staff member ... My response was 'Yes si..., I do know what a staff member is. He then replied. 'You ... not one of them'! He t... n closed the staff alleyway door right in my face..

I strongly believe that Mr. Martinez is somehow r... ... iating against me for s... mething that had occurred a long time ago when I was a un... ... rly. However, his curre... t actions are unexcusable to say the least. His conduct has fa... ... ay below standard... and in doing so his conduct has deemed very unprofessional & cont... ar... to B.O.P Policy. He has very much abused his position & authority ... s ... n ... fficer of the Bur... au. ... e ... should be held accountable for all that he has done to m... ... l ... p until now. Not withstanding the fact that he also tried to B... ac... ... l & extort money ... rom ... n inmate. He attempted to do this with me when the court plain... ... tated that I did ... ot h... ve to pay the money in question until my released from prison ... ... on supervised rel... ased.

This **Restitution** matter/ money that Mr. Martinez ... ... ed to take out of my pa... 50% to be exact) had already been discussed with my case ma... ... r, Mr. Bullock. I... was ... cussed that I will pay my restitution when I get out of pri... ... This matter was ... ettle..., not to mention that Mr. Martinez is **NOT** my counselor. Mr. S... ... ez being my couns... lor n... v... r ordered me to pay any restitution, so why should Mr. ... tinez ? My counse... or & ... e manager had already discussed these matters with me, so it w... ... ot up to Mr. Mart... nez t... ump in what is not his affairs. I do not want any more prob... ... with Mr. Martine..., and I do want an investigation with regards to these matters ... ... oon as possible.

Since I have been an inmate in prison, I have not ... ... n able to see my ... aught... r. She is currently living in Puerto Rico with her mother. ... ... ever, I was very m... ch tr... ing to save some money out of my pay to one day very soon send f... ... y daughter. I wan... ed t... purchase the tickets myself because I knew that my family cou... ... ot. All I needed ... as si... onths of savings. Now I can not do this because Mr. Martin... ... orced me to sign ... contract giving up 50% of my pay if I wanted my job back.

I am respectfully requesting that since I do not hav... ... pay this money u... til I a... on supervised released, I wish that the 50% deduction b... ... opped until then. There are no legal bounds in which to continue to pursue with thi... ... use. Instead, I w... uld l... ke to start saving in order to see my daughter one day ver... ... on. Thank you !!