BP-S148.055  INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

TO: (Name and Title of Staff Member) Unit team,
FROM: Julio Gonzalez
WORK ASSIGNMENT:
DATE: 1/27/05
REGISTER NO.: 15729-069
UNIT: S852

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am accepting to be placed in UNICOR to pay 50% of my wages, even though my judgment commitment (J&C) states that I don't have to pay any restitution until I start my supervised release. Although I don't agree with what the Unit Team is doing in this situation, I have no other choice but to go along with it, so that I don't lose everything I've done in the last 19 months.

Julio Gonzalez

(Do not write below this line)

DISPOSITION:

Signature Staff Member                    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.055 APR 94