IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) RICARDO SEGARRA-ORTIZ<br>a/k/a Chino<br>**2) JULIO A. GONZALEZ-IRIZARRY**,<br>a/k/a Chino<br>3) WILLIAM DETRES-MARQUEZ and<br>4) ALEX X. COLMENARES-ORTIZ<br>Defendants | CRIMINAL 98-0152CCC |

# O R D E R

The letter-motions filed by defendant Julio González pro se on August 16, 2005 (**docket entry 221**) and September 7, 2005 (**docket entry 222**), considered as a request for clarification of the condition of restitution imposed as part of defendant's sentence, are DENIED. The Judgment entered on November 15, 2001 (docket entry 178) specifically provides at page 4 that "defendant shall make restitution in the amount of $25,905.00 to Citibank . . . to be paid in 60 installments during his supervision period." (Emphasis ours.) It is patently clear, then, that payment of the restitution amount would begin during defendant's terms of supervised release. In addition, 18 U.S.C. § 3612(f)(1) provides that ". . . defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of the judgment."

SO ORDERED.

At San Juan, Puerto Rico, on October 11, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge